THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| FRANCISCO TORRES-MORENO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, EVAN TJADEN, in his official capacity as ICE Field Officer Director, NATE BROOKSBY, in his official capacity as the warden of the Purgatory Correctional Facility, TODD BLANCHE, in his official capacity as the United States Attorney General, The Executive Office for Immigration Review United States Immigration and Customs Enforcement.<br><br>Respondents. | **MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S WITHDRAWAL OF SANCTIONS AND FINDING PETITIONER'S [8] EMERGENCY MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER MOOT**<br><br>Case No. 4:26-cv-00092-DN-PK<br><br>District Judge David Nuffer |

Petitioner Francisco Torres-Moreno ("Mr. Torres-Moreno") filed an Emergency Motion for Sanctions Against ICE for Violation of Court Order and Motion for a Temporary Restraining Order ("Emergency Motion") on August 19, 2026.[1] That same day, Respondents were ordered to show cause and "address all issues raised [in the Motion], as well as provide a record of all medications administered to Petitioner since he entered into ICE custody."[2]

[1] Petitioner's Emergency Motion for Sanctions Against ICE for Violation of Court Order and Motion for a Temporary Restraining Order ("Emergency Motion"), docket no. 8, filed August 19, 2026.

[2] Docket Text Order, docket no. 9.

Before Respondents filed their response, Petitioner filed a motion moving "to withdraw the portion of his Emergency Motion for Sanctions Against ICE for Violation of Court Order and Motion for a Temporary Restraining Order that seeks sanctions against Respondents."[3] Petitioner explains that "[b]ecause Petitioner has now been returned to Washington County Jail, Petitioner respectfully submits that the request for sanctions is presently moot and should be withdrawn."[4] Later that same day, Respondents filed their Response to the Emergency Motion.[5]

Petitioner's Motion to Withdraw explained that despite this withdrawal, "Petitioner continues to seek a temporary restraining order necessary to preserve the status quo, protect the Court's jurisdiction, and prevent renewed irreparable harm while this habeas action remains pending."[6] On August 31, 2026, Petitioner's Verified Petition for Habeas Corpus and Declaratory Relief[7] was granted and Respondents ordered to release Petitioner.[8] By this action, the request for a temporary restraining order is also moot.

Now that the habeas action has been resolved, and the request for sanctions withdrawn, all the relief sought in the Emergency Motion is moot.

---

[3] Petitioner's Reply to the Government's Response, 1, docket no. 14, filed August 24, 2026; *see also* Petitioner's Reply to the Government's Response, 1, docket no. 18, filed August 26, 2026 (hereinafter these documents are collectively referred to as the "Motion to Withdraw"). Noting that these appear to be the same motion filed twice and both are incorrectly titled as a "Reply to the Government's Response."

[4] *Id.*

[5] Respondents' Response to Motion for Temporary Restraining Order, docket no. 15, filed August 24, 2026.

[6] Motion to Withdraw at 1.

[7] Petitioner's Verified Petition for Habeas Corpus and Declaratory Relief, docket no. 1, August 12, 2026.

[8] Memorandum Decision and Order Granting Petition for Writ of Habeas Corpus; Order Release and Reports; docket no. 20, filed August 31, 2026.

## 1 ORDER

IT IS HEREBY ORDERED THAT Mr. Torres-Moreno's Motion to Withdraw is GRANTED[9] and his Emergency Motion[10] is found MOOT.

Signed September 9, 2026.

BY THE COURT

David Nuffer
United States District Judge

[9] Petitioner's Reply to the Government's Response, 1, docket no. 14, filed August 24, 2026; *see also* Petitioner's Reply to the Government's Response, 1, docket no. 18, filed August 26, 2026 (noting that these are collectively referred to as the "Motion to Withdraw").

[10] Petitioner's Emergency Motion for Sanctions Against ICE for Violation of Court Order and Motion for a Temporary Restraining Order, docket no. 8, filed August 19, 2026.