THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| FRANCISCO TORRES-MORENO,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, EVAN TJADEN, in his official capacity as ICE Field Officer Director, NATE BROOKSBY, in his official capacity as the warden of the Purgatory Correctional Facility, TODD BLANCHE, in his official capacity as the United States Attorney General, The Executive Office for Immigration Review United States Immigration and Customs Enforcement.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER STRIKING UNTIMELY RESPONSE TO MOTION FOR ATTORNEY'S FEES<br>AND<br>GRANTING MOTION FOR ATTORNEY'S FEES**<br><br>Case No. 4:26-CV-00092-DN<br><br>District Judge David Nuffer |

Petitioner seeks an award of $2,145.64 in attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), as the prevailing party in this action ("Motion").[1] The deadline for Respondents to file a response to the Motion under the local rules was October 15, 2026.[2] Respondents failed to timely respond to the Motion or request an extension of time.

[1] Petitioner's Amended Motion for Attorney's Fees and expenses Under the Equal Access to Justice Act, docket no. 26, filed Oct. 1, 2026.

[2] DUCivR 7-1(a)(4)(D)(ii).

On October 20, 2026, Plaintiff's Motion was taken under advisement.[3] And as a courtesy, Respondents' deadline to respond to the Motion was extended to 4:00 p.m. on October 23, 2026.[4] Respondents again failed to timely respond to the Motion and did not request an extension of time in advance of the extended deadline. Instead, on October 26, 2026, Respondents filed a motion seeking to extend their deadline for responding to Plaintiff's Motion to 4:00 p.m. on October 28, 2026.[5] Respondents' motion was granted and the deadline for filing their response was extended to 4:00 p.m. on October 28, 2026, as requested.[6] For the third time, however, Respondents failed to timely file a response to the Motion or request an extension of time in advance of the deadline.

On October 29, 2026, Respondents untimely filed their Response opposing Plaintiff's Motion.[7] Respondents did not seek leave to file their Response untimely. And their Response made no effort to explain or justify it was untimely filed. Therefore, Respondents' untimely Response[8] is STRICKEN.

DUCivR 7-1(f) provides that "[e]xcept as provided in DUCivR 56-1(f), failure to respond timely to a motion may result in the court granting the motion without further notice." Because Respondents failed to timely respond to Plaintiff's Motion without explanation or justification, and after being given two extensions of time to respond, Plaintiff's Motion[9] is GRANTED.

---

[3] Docket Text Order, docket no. 28, filed Oct. 20, 2026.

[4] *Id.*

[5] Unopposed Motion for Extension of Time to Respond to Motion for Attorney's Fees, docket no. 29, filed Oct. 26, 2026.

[6] Docket Text Order, docket no. 30, filed Oct. 26, 2028.

[7] Respondents' Memorandum in Opposition to Petitioner's Motion for Attorneys' Fees and Expenses Under the Equal Access to Justice Act ("Response"), docket no. 31, filed Oct. 29, 2026.

[8] Docket no. 31, filed Oct. 29, 2026.

[9] Docket no. 26, filed Oct. 1, 2026.

## 1 ORDER

IT IS HEREBY ORDERED that Respondent's untimely Response[10] is STRICKEN.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion[11] is GRANTED. Plaintiff is awarded $2,145.64 in reasonable attorney's fees and costs against Respondents under the EAJA, 28 U.S.C. § 2412(d), as the prevailing party in this action.

Signed October 30, 2026.

BY THE COURT

David Nuffer
United States District Judge

[10] Docket no. 31, filed Oct. 29, 2026.

[11] Docket no. 26, filed Oct. 1, 2026.